**Fill in this information to identify the case:**

Debtor 1: Linda D Padula aka Linda D. Burgess

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Eastern District of NY (State)

Case number: 8-17-70724-reg

Form 4100R

# Response to Notice of Final Cure Payment 10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 0 1 3

**Property address:** 3 Marlboro Avenue
Number   Street

Port Jefferson Station   NY   11776
City                State   ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 5 / 01 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

| Debtor 1 | Linda D Padula aka Linda D. Burgess | Case number (*if known*) | 8-17-70724-reg |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☐ all payments received;
- ☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗ /s/ Katherine Heidbrink**
Signature

Date  04 / 25 / 2022

Print: **Katherine    Heidbrink**
First Name   Middle Name   Last Name

Title: **Attorney for Creditor**

Company: **Friedman Vartolo LLP**

If different from the notice address listed on the proof of claim to which this response applies:

Address: **1325 Franklin Avenue, Suite 160**
Number   Street

**Garden City    NY    11530**
City   State   ZIP Code

Contact phone: (**212**) **471** – **5100**

Email: **bankruptcy@friedmanvartolo.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

IN RE:

Linda D Padula aka Linda D. Burgess,

Debtor.

----------------------------------------------------------------X

CASE NO.: 8-17-70724-reg

CHAPTER: 13

HON. JUDGE:

Robert E. Grossman

# CERTIFICATION OF SERVICE

On **04/25/2022**, I, Katherine Heidbrink caused to be served a true copy of the annexed **Response to Notice of Final Cure Payment** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Katherine Heidbrink
Katherine Heidbrink, Esq.
FRIEDMAN VARTOLO LLP
1325 Franklin Avenue
Suite 160
Garden City, New York
11530
T: (212) 471-5100
F: (212) 471-5150

## **SERVICE LIST**

Linda D Padula aka Linda D. Burgess
3 Marlboro Avenue
Port Jefferson Sta., NY 11776
***Debtor***

Adam C Gomerman
807 East Jericho Turnpike
Huntington Station, NY 11746
***Debtor's Attorney***

Michael J. Macco
2950 Express Drive South
Suite 109
Islandia, NY 11749
***Trustee***

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437
***U.S. Trustee***